UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:01-CR-33-1H

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| THURMAN R. HARGETT | |

Counsel having moved to withdraw the Defendant's motion to reduce sentence under 18 U.S.C. § 3582 (c) filed November 6, 2014, as not well founded, the motion to withdraw the Motion to Reduce Sentence [DE #17] is hereby GRANTED.

SO ORDERED.

This the 16th day of Dec 2014.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE