# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                                           Crim. No. 4:01-CR-33-1H

THURMAN RAY HARGETT

On January 25, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                             I declare under penalty of perjury that the foregoing is true and correct.

                                             /s/ Van R. Freeman, Jr.
                                             Van R. Freeman, Jr.
                                             Deputy Chief U.S. Probation Officer
                                             150 Rowan Street Suite 110
                                             Fayetteville, NC 28301
                                             Phone: 910-354-2542
                                             Executed On: March 9, 2020

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _11_ day of _March_, 2020

                                             Malcolm J. Howard
                                             Senior U.S. District Judge